**Lonnie SNELLING, Appellant,**

v.

**Larry T. McFADDEN, Eufabya McFadden, Bernice Evans, and Albert Johnson, Respondents.**

**No. ED 84725.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 23, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 26, 2005.

Lonnie Snelling, St. Louis, MO, pro se.

Craig S. Redler, St. Louis, MO, for Johnson & Evans.

Armstrong Teasdale LLP, Patrick J. Kenny, Jonathan D. Valentino, St. Louis, MO, for Larry T. and Eufabya McFadden.

Before LAWRENCE E. MOONEY, P.J. and LAWRENCE G. CRAHAN, J. and MARY K. HOFF, J.

1. Evans is the guardian for minor Johnson.

## ORDER

PER CURIAM.

Lonnie Snelling appeals from orders of the trial court granting defendants Larry T. and Eufabya McFadden's, Bernice Evans',[1] and Albert Johnson's motions to set aside default judgments entered against them and in favor of Snelling.

We have reviewed the briefs of the parties and the record on appeal and no error of law appears. The trial court did not abuse its discretion in granting the motions. *Hinton v. Proctor & Schwartz, Inc.,* 99 S.W.3d 454, 458 (Mo.App. E.D.2003) (standard of review). No precedential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. We affirm the judgment pursuant to Rule 84.16(b).